# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynnette Hudson, | No. CV-21-02230-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Hallmark Behavioral Health @ Lago LLC, | |
| Defendant. | |

Upon review of the parties' Stipulation of Dismissal with Prejudice (Doc. 27), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 27). The above-entitled matter and all claims asserted in it are hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 13th day of February, 2023.

Honorable John J. Tuchi
United States District Judge